**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In Re: **Latavia Deshondra Barnes**

Case No.: **26−63801−jrs**
Chapter: **13**
Judge: **James R. Sacca**

## *ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT FILING DEFICIENCY(IES)*

The Debtor filed a petition under the United States Bankruptcy Code on 10/12/26 . This case contains one or more filing deficiencies that must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov.

**To be filed by 10/19/26**

None Apply

**To be Filed by 10/26/26**

Statement of Financial Affairs (Official Form B107)

Schedules A/B thru J (Official Forms B106A/B − B106J)

Summary of Assets and Liabilities (Official Form B106 Summary)

Declaration About Debtor's Schedules (Official Form B106)

Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B122 C−1) and, if applicable, Chapter 13 Calculation of Your Disposable Income (Form B122 C−2)

Chapter 13 Plan, complete with signatures (to be served by debtor's counsel, if applicable)

**To be filed by 11/12/26**

None Apply

**If, by the dates set forth above, i) the Debtor fails to file the required papers or correct the deficiencies; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.**

**The Clerk will serve this order on Debtor, Debtor's counsel, and Trustee.**

SO ORDERED, on October 13, 2026.

James R. Sacca
United States Bankruptcy Judge

Form 430b December 2018